IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



UNITED STATES OF AMERICA

v.

CRIMINAL NO. 1:16cr12HSO-RHW

OSCAR MARTINEZ
SERGIO CONTRERAS

21 U.S.C. § 846

**The United States Attorney charges:**

COUNT 1

That beginning sometime in January 2013 and continuing up to July 22, 2015, in George County, in the Southern Division of the Southern District of Mississippi, and elsewhere, the defendants, **OSCAR MARTINEZ and SERGIO CONTRERAS**, did knowingly conspire with each other and with others both known and unknown, to possess with intent to distribute actual methamphetamine, a Schedule II narcotic drug controlled substance, as prohibited by Section 841(a)(1), Title 21, United States Code.

All in violation of Section 846, Title 21, United States Code.

NOTICE OF FORFEITURE

1.  As a result of the offenses in the information, the defendants, **OSCAR MARTINEZ and SERGIO CONTRERAS** shall forfeit to the United States, pursuant to Section 853, Title 21, United States Code, any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such violation and any and all of the property of the said defendants used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

2.  Further, if any of the property described above, as a result of any act or omission of the defendant: a) cannot be located upon exercise of due diligence; b)  has been transferred or

sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the Court; d) has been substantially diminished in value; or e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States, pursuant to Section 853(p), Title 21, United States Code,   to seek a judgment of forfeiture of any other property of said defendants up to the value of the forfeitable property described in this indictment or any bill of particulars supporting it.

All pursuant to Section 853, Title 21, United States Code; and Section 2461, Title 28, United States Code.

GREGORY K. DAVIS
United States Attorney