AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Mississippi

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**
OCT 31 2016
ARTHUR JOHNSTON
BY _____ DEPUTY

United States of America
v.
**SERGIO CONTRERAS**

Case No: 1:16cr12HSO-RHW-002
USM No: 87668-379

Date of Original Judgment:     05/23/2016
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

Mike Scott
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of [✓] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
   [✓] **DENIED.**   [ ] **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   05/23/2016   shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   10/31/16

Effective Date:   10/31/16
*(if different from order date)*

_____
*Judge's signature*

The Honorable Halil S. Ozerden, U.S. District Court Judge
*Printed name and title*